UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE WOODS,

Plaintiff,

v.

DUVERA BILLING SERVICES, LLC dba EASYPAY FINANCE; RENT-A-CENTER WEST, INC. DBA ACCEPTANCENOW; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC

Defendants.

Case No. 3:22-cv-05687-BHS

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR RENT-A-CENTER WEST, INC. DBA ACCEPTANCE NOW TO RESPOND TO COMPLAINT (FIRST REQUEST)**

THIS MATTER having come on the parties' Stipulated Motion to Extend Time for Rent-A-Center West, Inc. dba AcceptanceNow to Respond to Complaint, the Court having examined the files and records, and having considered the Stipulated Motion, it is hereby

ORDERED that parties' Stipulated Motion to Extend Time for Rent-A-Center West, Inc. dba AcceptanceNow to Respond to Complaint is granted. Defendant Rent-A-Center West, Inc. dba AcceptanceNow's deadline to respond to Plaintiff's Complaint is extended to November 14, 2022.

//

//

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR RENT-A-CENTER WEST, INC. DBA ACCEPTANCE NOW TO RESPOND TO COMPLAINT (FIRST REQUEST) - Page 1
BALLAS-L1\00696810.000

***TOMASI BRAGAR DUBAY***
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Dated this 19th day of October, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
121 SW Morrison St, Suite 1850
Portland, OR 97204
(503) 894-9900
edubay@tomasilegal.com
*Attorneys for Defendant Rent-A-Center West, Inc. dba AcceptanceNOW*

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR RENT-A-CENTER WEST, INC. DBA ACCEPTANCE NOW TO RESPOND TO COMPLAINT (FIRST REQUEST) - Page 2
BALLAS-L1\00696810.000

***TOMASI BRAGAR DUBAY***
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236