Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LAWRENCE WOODS, <br><br> Plaintiff, <br><br> v. <br><br> DUVERA BILLING SERVICES, LLC dba EASYPAY FINANCE; RENT-A-CENTER WEST, INC. dba ACCEPTANCENOW; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC, <br><br> Defendants. | Case No.  3:22-cv-05687-BHS <br><br> **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT DUVERA BILLING SERVICES, LLC dba EASYPAY FINANCE TO RESPOND TO COMPLAINT** |

This matter is before the Court on Defendant Duvera Billing Services, LLC dba EasyPay Finance ("EasyPay") and Plaintiff Lawrence Woods' ("Plaintiff") Stipulated Motion for Extension of Time for EasyPay to Respond to the Complaint.  The Court finds good cause to grant the motion and so it is hereby:

ORDERED that the Stipulated Motion for Extension of Time for EasyPay to Respond to the Complaint is GRANTED.  Defendant Duvera Billing Services, LLC dba EasyPay Finance shall have up to and including November 21, 2022, to respond to Plaintiff's Complaint.

- 1 -

**ORDER**
CASE NO. 3:22-CV-05687-BHS

TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

131981162

IT IS SO ORDERED

Dated this 20th of October, 2022.

_____

BENJAMIN H. SETTLE
United States District Judge

Presented by:

**TROUTMAN PEPPER
HAMILTON SANDERS LLP**

By:*/s/ Justin D. Balser*
Justin D. Balser, WSBA No. 56577
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739
Email: justin.balser@troutman.com

*Attorney for Defendant*
*Duvera Billing Services, LLC d/b/a EasyPay Finance*

- 2 -

**ORDER**
CASE NO. 3:22-CV-05687-BHS

TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

131981162

## CERTIFICATE OF SERVICE

I hereby certify that on the October 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users on the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*/s/ Evelyn S. Duarte*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 3 -

**ORDER**
CASE NO. 3:22-CV-05687-BHS

TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

131981162